RICHARD McLAUGHLIN, PLAINTIFF IN ERROR, VS. MILROY NEFF, DEFENDANT IN ERROR.

Writ of Error to Circuit Court Duval county.

*A. G. Hamlin*, for Plaintiff in Error.

*Walker & L'Engle*, for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error and the Jacksonville, Tampa and Key West Railway Company and Robert H. Coleman. There was judgment for the plaintiff against Richard McLaughlin, and he takes writ of error.

Writ of error dismissed on præcipe of counsel for plaintiff in error.

FRANK I. KENYON, TAX COLLECTOR OF THE CITY OF JACKSONVILLE, APPELLANT, VS. WESTERN UNION TELEGRAPH COMPANY, APPELLEE.

Appeal from Circuit Court Duval county.

*Stephen E. Foster*, for Appellant.

*John E. Hartridge*, for Appellee.

This action was brought by the appellee against the appellant. There was judgment for the plaintiff, and the defendant appeals.

Appeal dismissed because the case is a statutory proceeding at law, and was not brought by writ of error to this court, but by appeal since the adoption of the Revised Statutes.